**DISMISS; and Opinion Filed November 8, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00682-CV

**SUSAN ANN FISHER, Appellant**

**V.**

**MEDICAL CENTER OF PLANO, ALIREZA ZAFARMAN ATEF, M.D.,
SALMAN WAHEED, M.D., RAY J. DELGADILLO, R.T., ANNE W. HANDLEY, R.N.,
CYNTHIA CARTER, R.N., AND MICHAEL ALLEN, R.T., Appellees**

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-01240-2016**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Justice Lang-Miers

The clerk's record has not been filed and is overdue. The appeal cannot proceed without a clerk's record. *See* TEX. R. APP. P. 34.1. After being allowed several extensions to file written verification that she has paid the clerk's fee and cautioned that failure to do so will result in dismissal of the appeal without further notice, appellant has failed to comply. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

160682F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SUSAN ANN FISHER, Appellant

No. 05-16-00682-CV      V.

MEDICAL CENTER OF PLANO,
ALIREZA ZAFARMAN ATEF, M.D.,
SALMAN WAHEED, M.D., RAY J.
DELGADILLO, R.T., ANNE W.
HANDLEY, R.N., CYNTHIA CARTER,
R.N., AND MICHAEL ALLEN, R.T.,
Appellees

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-01240-2016.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees MEDICAL CENTER OF PLANO, ALIREZA ZAFARMAN ATEF, M.D., SALMAN WAHEED, M.D., RAY J. DELGADILLO, R.T., ANNE W. HANDLEY, R.N., CYNTHIA CARTER, R.N., AND MICHAEL ALLEN, R.T. recover their costs of this appeal from appellant SUSAN ANN FISHER.

Judgment entered this 8th day of November, 2016.